UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :

UNITED STATES OF AMERICA,           :

                                                   : **ORDER**

    -against-                                     :

                                                   : 06 Cr. 1014-2 (AKH)

ADRIANO MEJIA,                       :

                                                   :

                        Defendant.      :

                                                   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Government shall file its response to Defendant's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 154, by January 21, 2022. Defendant shall file any reply by February 4, 2022.

        SO ORDERED.

Dated:        December 10, 2021            /s/ Alvin K. Hellerstein
                New York, New York        ALVIN K. HELLERSTEIN
                                                 United States District Judge