UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                          :
UNITED STATES OF AMERICA,         :
                                          :     **ORDER**
    -against-                            :
                                          :     06 Cr. 1014-2 (AKH)
ADRIANO MEJIA,                      :
                                          :
                          Defendant.    :
                                          :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Government shall file its response to Defendant's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 154, by February 17, 2022. Defendant shall file any reply by March 3, 2022.

        SO ORDERED.

Dated:      February 3, 2022                 /s/ Alvin K. Hellerstein
               New York, New York           ALVIN K. HELLERSTEIN
                                                   United States District Judge